

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2022

No. 04-22-00199-CR, 04-22-00200-CR, 04-22-00201-CR, 04-22-00202-CR

Roman Dexter **SOTO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7817, 7818, 7819, 7820
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant Roman Dexter Soto has filed a motion to consolidate Appeal Nos. 04-22-00199-CR, 04-22-00200-CR, 04-22-00201-CR and 04-022-00202-CR. Based on the representations in the motion regarding similarities in the cases, this Court has determined that the appeals should be consolidated for briefing and oral argument, if granted by the panel.

We therefore GRANT the motion and ORDER the appeals consolidated for the purpose of briefing and oral argument, if any. The parties shall file all motions, briefs, and other documents as if the appeals were one case but shall include all four appeal numbers in the style.

If oral argument is granted by the panel, the appeals will be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The Court will dispose of all four appeals with the same judgment, opinion, and mandate.

Appellant's request for an extension of time to file his appellant's brief is GRANTED and the appellant's brief is due to be filed in this court *thirty (30) days* after the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2022.



MICHAEL A. CRUZ, Clerk of Court